United States District Court
For the eastern District of Virginia

MD F HAQUE
    PLAINTIF

V

BOMBAY TANDOOR, INC
    DEFENDANT
\* RANI VARNA

Pro-se

Case. no. 1:16CV-1528

## MOTION FOR VOLUNTARY DISMISSAL W/O PREJUDICE

I MD F HAQUE, plaintiff of the case is requesting the court to issue a voluntary dismissal of the case without the prejudice for the following reasons:

1. Unable to represent myself in this case.
2. Unable to produce more time on this case.

The above mentioned are true and of my knowledge

Respectfully Submitted

*/s/ Foylul Haque*

MD F HAQUE
814 Hunter ct SW
Vienna VA 22180
202-718-8816

Dated: 07-27-2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
_____ DIVISION

MD F HAQUE
Plaintiff(s),

v.

Civil Action Number: 1:16-CV-1528

BOMBAY TANDOOR & RANS VARMA
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of Motion for Voluntary Dismissal w/o prejudice.
(Title of Document)

MD F HAQUE
Name of *Pro Se* Party (Print or Type)

[signature]
Signature of *Pro Se* Party

Executed on: 07-27-2017 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) __Motion for voluntary Dismissal w/o prejudice__, was mailed this (2) __07__ Day of (3) __27th 2017__, to (4) __Eric. N. Hyes 1919 M street NW Suite 700__ at (5) __M street Washington DC 20036__.

_____
(Your Signature)

### Instructions

    YOU must send a copy of every motion, pleading or document to the defendant(s) or counsel for defendant(s). If you do not send a copy to the defendant(s) or counsel for the defendant(s), the court will not be able to consider your document.

    You must prepare and submit one certificate of service for EACH motion, pleading, or document you wish to have considered by the court.

Complete each blank as directed:

(1) Describe the document you are submitting to the court and sending to the defendant(s). (Remember: you should attach a Certificate of Service to each motion, pleading, or document you wish to have considered by the court.)

(2) Day of the month that you give the document to officials for mailing to the defendant(s) or counsel for the defendants(s).

(3) Month and year.

(4) Name of person(s) to whom you are sending a copy of the document. If you send it directly to the defendant(s), list each defendant to whom you send a copy. If you send it to counsel for the defendant(s), list only the name(s) of counsel.

(5) Address(es) that copy is being mailed to.

**NOTE:** YOU MUST SIGN THIS FORM. The court will not accept this form without an original signature.