## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| MD F. Haque | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-cv-01528 |
| | ) | |
| | ) | |
| Bombay Tandoor, Inc., et al | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the order of this Court entered on 08/17/2017 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Bombay Tandoor, Inc. and Rani Varma.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Judith Lanham
Deputy Clerk

Dated: 08/18/2017
Alexandria, Virginia